# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 151 - 1 | **DATE** | 2/27/2008 |
| **CASE TITLE** | United States vs. James Arikpo | | |

**DOCKET ENTRY TEXT**

Arraignment and initial appearance proceedings held on 2/27/08. Defendant appears in response to self-surrendering on 2/27/08. Enter Order appointing Piyush Chandra as counsel for defendant. Defendant informed of his rights. Defendant enters a plea of not guilty to the Indictment. Rule 16.1(a) conference to be held by 3/5/08. Pretrial motions to be filed by 3/17/08. Responses to be filed by 3/27/08. Status hearing before Judge Bucklo set for 3/21/08 at 10:00 a.m. Government and defendant agree on certain conditions of release. Time is excluded pursuant to 18:3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985). (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|