# United States District Court
## Northern District Of Illinois

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) |
| | ) |
| James Aripko | ) Case No. 08 CR 151-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____James Aripko_____, have discussed with _____Christa L. Brown_____, Pretrial Services Officer, modifications of my release conditions as follows:

Participate in mental health treatment as directed by Pretrial Services

Assistant U.S. Attorney <u>Lindsey Jenkins</u> was contacted, advised and has no objection to this modification.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   2/27/2008    _Christa Brown_    2/27/08
Signature of Defendant     Date     Pretrial Services Officer     Date

Reviewed by: _____
Vicki Kindred Meredith, Deputy Chief Pretrial Services Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     2/27/08
Signature of Defense Counsel     Date

☑ The above modification of conditions of release is ordered, to be effective on  2/27/08 .
☐ The above modification of conditions of release is *not* ordered.

_Michael T. Mason_     2/28/08
Signature of Judicial Officer     Date