UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                Case No.: 1:08−cr−00151
                                                  Honorable Elaine E. Bucklo

James Arikpo, et al.
                              Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, March 21, 2008:

    MINUTE entry before Judge Honorable Elaine E. Bucklo:As to James Arikpo, Inyang Tomita, and Jelil Adams, Status hearing held on 3/21/2008. Status hearing set for 5/2/2008 at 10:15 AM. Time from this day through next status is excluded for trial preparations under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.