## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                            Case No.: 1:08−cr−00151
                                           Honorable Elaine E. Bucklo

James Arikpo, et al.

                      Defendant.


### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:As to James Arikpo, pursuant to parties' request, Change of Plea Hearing reset for 8/8/2008 at11:00 AM. Time from this day through change of plea date is excluded for plea negotiations and trial preparations under 18:3161 (h)(1). Trial as to this defendant is vacated. Mailed notice (mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.