# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 151 - 1 | **DATE** | 8/8/2008 |
| **CASE TITLE** | USA vs. Arikpo | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held. Defendant having waived the formal reading of the superseding indictment entered a plea of guilty to count one of the superseding indictment. Defendant was informed of his rights. Entry of judgment of guilty is deferred pending the preparation of a PSI report. Any remaining count to be dismissed on government's motion at the time of sentencing. The cause is referred to the probation department for the preparation of a presentence investigation report. Any objection to the PSI report, and motion will be due by 10/2/08; and response by 10/7/08. Sentencing set for 10/14/08 at 10:00 a.m. Plea Agreement filed. Time from this day through sentencing is excluded under 18:3161 (h)(9)(i)(X-U).

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|

